GEORGE A. WILSON, Respondent, v. TALMAGE D. KING and EMANUEL HOUSE, a Christian Community Center, a Domestic Corporation (Religious), Appellants. — Application denied, with ten dollars costs.

GEORGE BATTO and Others, Appellants, v. WESTMORELAND REALTY CO., INC., and Another, Respondents. NATIONAL SURETY COMPANY and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

RUSSELL CLARK, Respondent, v. ANNA COHN, Appellant, and NEW YORK EVENING POST, INC., Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

JAMES A. CRILLEY, Respondent, v. ANTON NELSON, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent twenty dollars costs within five days from the service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

FRANCIS A. CUNDILL, Respondent, v. A. W. MILLHAUSER CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

CHARLES W. DANKER, as Administrator, etc., of AGNES DANKER, Deceased, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.